UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- X

VICTOR ANDREWS, on behalf of himself and all others similarly situated,

          Plaintiffs,

    v.

Malin + Goetz, Inc.,

          Defendant.

-------------------------------------------------- X

Case no. 1:25-cv-940-KAM-RML

STIPULATION OF DISMISSAL WITH PREJUDICE

7/28/25

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 28, 2025

_____
Asher Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
T: (718)914-9694
E: acohen@ealg.law
*Attorney for Plaintiff*

_____
Laurie Belony
Bryan Cave Leighton Paisner LLP
1290 Ave. of the Americas
New York, NY 10104
T: (212) 541-2000
E: laurie.belony@bclplaw.com
*Attorneys for Defendant*